**Electronically Filed**
**Supreme Court**
**SCWC-17-0000350**
**10-APR-2018**
**12:43 PM**

SCWC-17-0000350

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

LUKE BAYLOR JENKINS, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000350; CASE NO. 1DTA-16-03453)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Luke Baylor Jenkins' application for writ of certiorari filed on March 12, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 10, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

